JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY CABRERA, | NO. CV 23-1013-MEMF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES ENGLEMAN, | |
| Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied as moot and dismissed.

DATED: November 15, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge